**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER ON MOTION

Appellate case name:        In re Baylor College of Medicine, Relator

Appellate case number:    01-19-00105-CV

Trial court case number:    2017-49635

Trial court:              165th District Court of Harris County

On February 13, 2019, relator, Baylor College of Medicine, filed a petition for a writ of mandamus seeking to compel the respondent trial judge to rule on its pending motion to dismiss for failure to timely serve an expert report, pursuant to Texas Civil Practice and Remedies Code § 74.351. Although relator included a Rule 52.3(j) certification with its appendix and filed a separate record, it did not attach the reporter's record for the May 3, 2018 motion hearing or state that no testimony was adduced. *See* TEX. R. APP. P. 52.3(j), (k), 52.7(a)(1), (2). Accordingly, the Court **ORDERS** the relator, **within 3 days of the date of this order,** to file a statement that no testimony was adduced in connection with the matter complained or else provide evidence of requesting and paying for the May 3, 2018 reporter's record. *See* TEX. R. APP. P. 52.7(a)(2), (b).

On February 14, 2019, relator filed a "Motion for Temporary Relief" seeking to stay the underlying proceedings, pending disposition of this petition, because trial has been set for March 4, 2019, with a February 18, 2019 pretrial conference. Relator's emergency motion contains the required certificate of compliance. *See* TEX. R. APP. P. 52.10(a). Accordingly, the Court **grants** the relator's motion and **ORDERS** that the underlying trial court proceeding is **stayed**. *See* TEX. R. APP. P. 52.10(b). This stay is effective until the petition is finally decided or this Court otherwise orders the stay lifted. *See* TEX. R. APP. P. 52.10(b). Any party may file a motion for reconsideration. *See* TEX. R. APP. P. 52.10(c).

Finally, the Court requests a response to the petition for writ of mandamus by any real party in interest. *See* TEX. R. APP. P. 52.8(b)(1). The response, if any, shall be filed **within 20 days from the date of this order**. *See* TEX. R. APP. P. 2, 52.4.

It is so ORDERED.

Judge's signature: ___/s/ Evelyn V. Keyes_____

                     x Acting individually    ☐ Acting for the Court

Date: ___February 15, 2019_____